IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

            **v.**                  Civil No. 06-2012

**6608 HIGHLAND PARK, FORT SMITH,
ARKANSAS, ET AL.**                                             **DEFENDANTS**

## O R D E R

Now on this 9th day of May, 2006, comes on for consideration the parties' **Joint Motion For Stay Of Proceedings** (document #25), and the Court, being well and sufficiently advised, finds that this administrative forfeiture should be stayed pending the conclusion of a related criminal investigation and possible criminal trial, so as to preserve the Fifth Amendment rights of various parties. The motion is, therefore, **granted**, and this matter is administratively terminated, subject to being reopened on motion of any party for good cause shown.

     **IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                 **JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE**