IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                    Civil No. 06-2012

6608 HIGHLAND PARK, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

6912 SOUTHFIELD DRIVE, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

2419 TOWSON AVENUE, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

1601 TOWSON AVENUE, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

2322 TOWSON AVENUE, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

6205 HIGHWAY 271 SOUTH, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

1514 TOWSON AVENUE, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

918 TOWSON AVENUE, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

3511 TOWSON AVENUE, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

and,

1217 SOUTH WALDRON ROAD, FORT SMITH,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN,
          Defendants.

### CONSENT DECREE OF FORFEITURE

On January 25, 2006, a Verified Complaint of Forfeiture against the defendant real properties was filed on behalf of the plaintiff, United States of America  The complaint alleges that the defendant real properties are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2) of property involved in or traceable to the structuring or attempt to structure any transaction with one or more domestic financial institutions for the purpose of evading the reporting requirements of 31 U.S.C. § 5313(a), in violation of 31 U.S.C. § 5324(a)(3) and 18 U.S.C. § 371.

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant of Arrest issued by the Court, the defendant real properties were posted on April 11, and 12, 2006.

On April 11, 2006, Effie Drosopoulos, Chris Drosopoulos, Dimitrios Drosopoulos, and Kimberly Drozal received personal service. On April 12, 2006, John Dros, a/k/a John Drosopoulos, Brenda Dros, a/k/a/ Brenda Drosopoulos, Terri Drosopoulos, Vasso Drosopoulos, Bank of the Ozarks, First National Bank, Sports & Imports, LLC, and Vasiliki Investments, LLC received personal service. On April 17, 2006, First Community Bank received service of process.

On May 2, 2006 First Community Bank of Crawford County filed its Verified Statement of Interest and Answer, in which it claims an interest in said real property located at 1217 S. Waldron Road, Fort Smith, Arkansas by virtue of a real estate mortgage.

On May 5, 2006 First National Bank of Fort Smith, Arkansas filed its Verified Statement of Interest, in which it claims an interest in said real property located at 6912 Southfield Drive, Fort Smith, Arkansas by virtue of a real estate mortgage.

On May 8, 2006 Bank of the Ozarks filed its Verified Statement of Interest and Answer, in which it claims an interest in said real property located at 6912 Southfield Drive, Fort Smith, Arkansas by virtue of a real estate mortgage.

On May 9, 2006, an order was entered administratively terminating this action. Upon petition of the United States, however, this action has been re-opened for entry of this Consent Decree.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Pursuant to the agreement of the parties, Claimants Chris Drosopoulos, and Effie Drosopoulos, on behalf of Chris Drosopoulos, shall forfeit $700,000.00 in United States currency in lieu of forfeiture of said real property.

2. Pursuant to 28 U.S.C. § 2465, reasonable cause existed for the arrest and posting of defendant real properties.

IT IS SO ORDERED this 4th day of April, 2007.

    /s/ Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE

APPROVED:

| | |
|---|---|
| CHRIS DROSOPOULOS | VASSO DROSOPOULOS |

By: /s/Patrick R. James                By: /s/Rex W. Chronister
    Patrick R. James #82084                Rex W. Chronister
    James & House, P.A.                P.O. Box 66
    801 West Third Street                Fort Smith, AR 72902-0066
    Little Rock, AR 72201                (479) 783-4060
    (501) 372-6555

EFFIE DROSOPOULOS                SPORTS & IMPORTS, LLC
                                 VASILIKI INVESTMENTS, LLC

By: /s/Roy R. Gean III                By: /s/David E. Johnson
    Roy R. Gean III                David E. Johnson #98026
    Gean Gean & Gean                James & House, P.A.
    511 Garrison                801 West Third Street
    Fort Smith, AR 72901                Little Rock, AR 72201
    (479) 783-1124                (501) 372-6555

FIRST COMMUNITY BANK OF                JOHN DROS
CRAWFORD COUNTY

By: /s/J. Gregory Magness                By: /s/David C. Gean
    J. Gregory Magness                David C. Gean
    HARDIN, JESSON & TERRY, PLC                Gean, Gean & Gean
    P.O. Box 10127                511 Garrison
    Fort Smith, AR 72917-0127                Fort Smith, AR 72901
    (479) 452-2200                (479) 783-1124

| FIRST NATIONAL BANK OF<br>FORT SMITH, ARKANSAS | UNITED STATES OF AMERICA |
|---|---|
| By: /s/R. Ray Fulmer<br>    R. Ray Fulmer<br>    LEDBETTER, COGBILL,<br>     ARNOLD & HARRISON, LLP<br>    P.O. Box 185<br>    Fort Smith, AR 72902-0185<br>    (479) 782-7294 | By: /s/David R. Ferguson<br>    David R. Ferguson #85052<br>    P.O. Box 1524<br>    Fort Smith, AR 72902<br>    (479) 783-5125 |
| BANK OF THE OZARKS | TERRI DROSOPOULOS |
| By: /s/Kathryn W. Searcy<br>    Kathryn W. Searcy<br>    12615 Chenal Parkway<br>    Post Office Box 8811<br>    Little Rock, AR 72231<br>    (501) 978-2226 | By: /s/Mark E. Ford<br>    Mark E. Ford<br>    19 Court Street<br>    Fort Smith, AR 72901<br>    (479) 785-0123 |
| KIM DROZAL | BRENDA DROS |
| By: /s/Eddie Christian, Jr.<br>    Eddie Christian, Jr.<br>    502 Garrison Avenue<br>    Fort Smith, AR 72901<br>    (479) 782-9147 | By: /s/David C. Gean<br>    David C. Gean<br>    Gean, Gean & Gean<br>    511 Garrison<br>    Fort Smith, AR 72901<br>    (479) 783-1124 |